IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **WAYNE B. LYNCH, Administrator of the Estate of DONOVAN W. LYNCH, Deceased**<br><br>         Plaintiff,<br><br>v.<br><br>**SOLOMON D. SIMMONS, III**<br><br>and<br><br>**CITY OF VIRGINIA BEACH**<br><br>         Defendants. | **Civil Action No. 2:21-cv-341** |

### DEFENDANT CITY OF VIRGINIA BEACH'S MOTION TO DISMISS

NOW COMES Defendant City of Virginia Beach ("City"), by counsel, and hereby files its Motion to Dismiss Plaintiff's claims against the City, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds that the Complaint fails to state a claim against the City upon which relief can be granted. The reasons and grounds supporting this Motion are more specifically set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendant City of Virginia Beach respectfully moves this Court to enter an Order granting this Motion and dismissing with prejudice Plaintiff's claims against the City and for such other and further relief as the Court deems appropriate.

Respectfully submitted,

CITY OF VIRGINIA BEACH

                                      By: /s/ Joseph M. Kurt
                                          Of Counsel

**Mark D. Stiles (VSB No. 30683)**
City Attorney
**Christopher S. Boynton (VSB No. 38501)**
Deputy City Attorney
**Gerald L. Harris (VSB No. 80446)**
Associate City Attorney
**Joseph M. Kurt (VSB No. 90854)**
Assistant City Attorney
Office of the City Attorney
Municipal Center, Building One, Room 260
2401 Courthouse Drive
Virginia Beach, Virginia 23456
(757) 385-4531 (Office)
(757) 385-5687 (Facsimile)
mstiles@vbgov.com
cboynton@vbgov.com
glharris@vbgov.com
jkurt@vbgov.com
*Attorneys for Defendant City of Virginia Beach*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of July 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joshua J. Coe, Esq.
Anthony M. Gantous, Esq.
Anchor Legal Group, PLLC
5101 Cleveland Street, Suite 100
Virginia Beach, VA 23462
*Attorneys for Plaintiff*

                                          /s/
                                          Joseph M. Kurt

**Mark D. Stiles (VSB No. 30683)**
City Attorney
**Christopher S. Boynton (VSB No. 38501)**
Deputy City Attorney
**Gerald L. Harris (VSB No. 80446)**

Associate City Attorney
**Joseph M. Kurt (VSB No. 90854)**
Assistant City Attorney
Office of the City Attorney
Municipal Center, Building One, Room 260 2401 Courthouse Drive
Virginia Beach, Virginia 23456
(757) 385-4531 (Office)
(757) 385-5687 (Facsimile)
mstiles@vbgov.com
cboynton@vbgov.com
glharris@vbgov.com
jkurt@vbgov.com
*Attorneys for Defendant City of Virginia Beach*