UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| WAYNE B. LYNCH,<br>Administrator of the Estate of<br>Donovon W. Lynch, Deceased<br><br>    **Plaintiff,**<br><br>v.<br><br>SOLOMON D. SIMMONS, III, a/k/a<br>SOLOMON D. SIMMONS,<br>Individually And In His Official<br>Capacity As A Police Officer For<br>The City of Virginia Beach, Virginia<br><br>    **Defendants.** | Case No.: 2:21-cv-00341<br><br>Judge: Arenda L. Wright Allen |

## PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE
## AND MOTION TO VACATE ALL DEADLINES

  The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable, but respectfully request that the parties are given four days to file the said Agreement. Accordingly, Defendant respectfully requests that the Court vacate all deadlines as set forth in the November 9th, 2022 Order on the Joint Motion to Extend Time.

  Plaintiff is filing this Notice and Motion with both Defendant's approval and permission.

December 19th, 2022        Respectfully submitted,

              Law Office of Justin Fairfax, PLLC

              By:  /s/ Justin E. Fairfax
              Justin E. Fairfax (VSB No. 72113)
              8106 Guinevere Drive
              Annandale, VA 22003
              (703) 309-6750 (phone)
              fairfax.justin@gmail.com
              ***Counsel for Plaintiff***

              Dated: December 19th, 2022

## Certificate of Service

  I hereby certify that on the 19th day of December 2022, the foregoing Joint Stipulation of Voluntary Dismissal was electronically filed with the Court using the Court's CaseFileXpress system, which will automatically serve a copy of said filing via email to counsels of record for Defendant, Solomon D. Simmons and the City of Virginia Beach.

        Law Office of Justin Fairfax, PLLC

        By: ___*/s/ Justin E. Fairfax*_____
        Justin E. Fairfax (VSB No. 72113)
        8106 Guinevere Drive
        Annandale, VA 22003
        (703) 309-6750 (phone)
        fairfax.justin@gmail.com
        ***Counsel for Plaintiff***

        Dated: December 19th, 2022

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| WAYNE B. LYNCH,<br>Administrator of the Estate of<br>Donovon W. Lynch, Deceased<br><br>Plaintiff,<br><br>v.<br><br>SOLOMON D. SIMMONS, III, a/k/a<br>SOLOMON D. SIMMONS,<br>Individually And In His Official<br>Capacity As A Police Officer For<br>The City of Virginia Beach, Virginia<br><br>Defendants. | Case No.: 2:21-cv-00341<br><br>Judge: Arenda L. Wright Allen |

## [PROPOSED] ORDER

Upon consideration of Defendant's Notice of Settlement In Principle and Motion To Vacate All Deadlines and the entire record herein, it is this _____ day of _____, 2022,

**ORDERED** that Defendant's Notice of Settlement In Principle and Motion To Vacate All Deadlines be and is hereby **GRANTED**; and it is

**ORDERED** that the parties have up to and include December 23th, 2022 to file a Stipulated Settlement Agreement and Dismissal; and it is

**FURTHER ORDERED** that all deadlines in the above-captioned case is and hereby **VACTED.**

**SO ORDERED.**

_____
Judge Arenda L. Wright Allen

Date: _____, 2022

Copies to:
tmartin@martinlawdc.com
fairfax.justin@gmail.com
cboynton@vbgov.com
gbryant@wilsav.com