UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

WAYNE B. LYNCH, Administrator of the Estate of DONOVON W. LYNCH, Deceased,

    Plaintiff,

    v.

SOLOMON D. SIMMONS, III, *et al.*,

    Defendants.

Civil No. 2:21cv341

## ORDER

This matter is before the Court on a Notice of Settlement in Principle (the "Notice") and Motion to Vacate All Deadlines (the "Motion") filed by Plaintiff Wayne B. Lynch, Administrator of the Estate of Donovon W. Lynch, Deceased. ECF No. 74. The Notice indicates that the parties are preparing and finalizing a Settlement Agreement and Stipulated Dismissal. *Id.* at 1. The Notice and Motion are filed with Defendant's approval and permission. *Id.*

Upon due consideration and for good cause shown, Plaintiff's Motion (ECF No. 74) is **GRANTED**. The parties are **ORDERED** to file a Stipulated Settlement Agreement and Dismissal by December 23, 2022. All deadlines set by the Rule 16(b) Scheduling Order (ECF No. 33) and the November 9, 2022 Order (ECF No. 66) are hereby **VACATED**. The Clerk is **REQUESTED** to forward a copy of this Order to counsel of record for all parties.

2

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

December 20, 2022
Norfolk, Virginia