UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| WAYNE B. LYNCH, Administrator of the Estate of DONOVON W. LYNCH, Deceased, )<br><br>Plaintiff, )<br><br>v. )<br><br>SOLOMON D. SIMMONS, III, *et al.*, )<br><br>Defendants. ) | Case No.: 2:21-cv-00341<br><br>Judge: Arenda L. Wright Allen |

## JOINT MOTION TO ENFORCE SETTLEMENT AGREEMENT

The attorneys for the parties respectfully jointly move this Court to convene an in-person hearing to (1) enforce the Settlement agreed upon by the parties and their counsel, as memorialized in a Memorandum of Understanding signed by all parties and their counsel, and further memorialized by a Settlement Agreement agreed upon by the attorneys for the parties and to (2) approve Plaintiff's proposed distribution of funds to be filed by December 27, 2022.

On or about December 8, 2022, all parties executed a Memorandum of Understanding ("MOU"). Ex. 1. Per the MOU signed by all parties, and by Order of this court, the parties drafted and negotiated a Settlement Agreement, Ex. 2, which 1) further memorializes the fundamental elements of the MOU, and 2) is agreeable to counsel of record for the Plaintiff, Defendant Simmons, and the City of Virginia Beach.

This Court set a deadline of today, December 23, 2022, for the parties to file the Settlement Agreement, however, interested nonparty, Jeffrey Reichert, has apparently advised

Plaintiff Wayne B. Lynch not to sign the Agreement, which is against the interests of the Estate and contrary to Plaintiff's prior agreement as memorialized in the MOU. Upon current information and belief, Mr. Reichert is preventing the parties and their counsel of record from completing the settlement of this case as previously agreed upon by the parties and their counsel of record.

**WHEREFORE**, counsel of record for all parties in this case hereby respectfully ask this Court to schedule an in-person hearing at the Court's earliest convenience to (A) consider and enter an order enforcing settlement of this case in accordance with the terms of the MOU and the Settlement Agreement and (B) consider and enter an order approving Plaintiff's proposed distribution of funds, which will be filed with the Court by December 27, 2022.

| | |
|---|---|
| December 23, 2022 | Respectfully submitted, |
| Martin Law PLLC | Justin E. Fairfax, Esq. |
| By: /s/ Thomas B. Martin | By: _____ |
| Thomas B. Martin (DC Bar: 503140)<br>5028 Wisconsin Ave., NW, Ste. 100<br>Washington, DC 20016<br>(202) 390-7802 (phone)<br>tmartin@martinlawdc.com<br>*Counsel for Plaintiff*<br>*(Admitted Pro Hac Vice)* | Justin E. Fairfax (VSB No. 72113)<br>8106 Guinevere Drive<br>Annandale, VA 22003<br>(703) 309-6750 (phone)<br>fairfax.justin@gmail.com<br>*Counsel for Plaintiff* |
| Dated: December 23, 2022 | Dated: December 23, 2022 |

| | |
|---|---|
| Willcox & Savage, PC | City of Virginia Beach |
| By: /s/ Gary Bryant | By: /s/ Christopher Boynton |
| Gary Bryant (VSB No. 27558)<br>Willcox & Savage, PC<br>Wells Fargo Center<br>440 Monticello Avenue<br>Norfolk, Virginia 23510<br>Telephone: (757) 628-5520<br>Mobile: (757) 675-5520<br>gbryant@wilsav.com<br>***Counsel for Solomon D. Simmons*** | Christopher Boynton (VSB No. 38501)<br>*Deputy City Attorney*<br>Office of the City Attorney<br>Municipal Center, Building One<br>2401 Courthouse Drive, Suite 2098<br>Virginia Beach, VA 23456-9004<br>Direct Dial: (757) 385-5061<br>Facsimile: (757) 385-5687<br>cboynton@vbgov.com<br>***Counsel for City of Virginia Beach*** |
| Dated: December 23, 2022 | Dated: December 23, 2022 |

**Certificate of Service**

      I hereby certify that on the 23rd day of December 2022, the foregoing Joint Motion To Enforce Settlement was electronically filed with the Court, which will automatically serve a copy of said filing via email to counsels of record for Defendant, Solomon D. Simmons and the City of Virginia Beach.

By: _____
Justin E. Fairfax
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

|  |  |  |
|---|---|---|
| WAYNE B. LYNCH, Administrator of the Estate of DONOVON W. LYNCH, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No.: 2:21-cv-00341 |
| v. | ) ) | |
| SOLOMON D. SIMMONS, III, *et al.*, | ) ) | Judge: Arenda L. Wright Allen |
| Defendants. | ) ) **)** | |

### [PROPOSED] ORDER

Upon consideration of this Motion to Enforce Settlement Agreement and the entire record herein, it is this ___ day of December 2022,

**ORDERED** that an in-person hearing is scheduled for _____ [date and time] and is hereby **GRANTED**; and it is

**SO ORDERED.**

_____
Judge Arenda L. Wright Allen

Copies to:
tmartin@martinlawdc.com
fairfax.justin@gmail.com
cboynton@vbgov.com
gbryant@wilsav.com