

Joshua J. Coe, Esq.
Anthony M. Gantous, Esq.*
Stephen D. Lentz, Esq.^
Macayla M. Nicolaison, Esq.
\* Also licensed in OH
^Also licensed in TN

Shannon B. Bayona, Esq.
Erin K. DeBoer, Esq.
George T. Dillon, III, Esq.*
Jason Head, Esq. †
David F. Johnson, Esq.^
Charles D. Pittman Jr., Esq.
\*Also licensed in DC
†Of Counsel, licensed in TX & VA
^Also licensed in TN

December 6, 2022

Joshua J. Coe, Esq.
jcoe@anchorlg.com

_Via U.S. Mail and Email_
Willcox & Savage, PC
Attn: Gary A. Bryant
Attn: Jason E. Ohana
Attn: Bethany J. Fogerty
440 Monticello Ave., Ste 2200
Norfolk, Virginia 23510

_Via U.S. Mail and Email_
Office of the City Attorney
Attn: Mark D. Stiles, City Attorney
Attn: Christopher S. Boynton, Dep.City Attorney
Attn: Gerald L. Harris, Senior City Attorney
Municipal Center, Bldg. One, Room 260
2401 Courthouse Drive
Virginia Beach, Virginia 23456

RE: Wayne B. Lynch, Administrator of the Estate of Donovon Lynch, deceased v. Solomon D. Simmons, III, et al.
Case No.: 2:21cv00341
**NOTICE OF LIEN**

Dear Sir/Madam:

Please take notice that Anchor Legal Group, PLLC is asserting a **$238,902.68** lien against any funds to be paid to the Plaintiff in the above captioned matter.

A detailed itemization of the lien is being provided to Plaintiff's counsel.

Sincerely yours,

Joshua J. Coe

JJC/tgp

cc: Justin Fairfax, Esq. (via email, w/lien itemization)
Thomas Martin, Esq. (via email, w/lien itemization)