UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **WAYNE B. LYNCH, Administrator of the Estate of Donovon W. Lynch, Deceased,** | ) ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) |
| **SOLOMON D. SIMMONS, lll, a/k/a, SOLOMON D. SIMMMONS, Individually And In His Official Capacity As A Police Officer For The City Of Virginia Beach, Virginia,** | ) ) ) ) ) ) ) |
| and | ) ) |
| **CITY OF VIRGINIA BEACH,** | ) ) |
| **Defendants.** | ) |

Civil Action No. 2:21-CV-00341

## **ORDER**

FOR GOOD CAUSE SHOWN, pursuant to Rule 24 of the Federal Rules of Civil Procedure, the Motion to Intervene by Anchor Legal Group, PLLC to recognize and enforce its attorney lien in this matter, is hereby GRANTED.

It Is So Ordered,

_____
The Honorable Arenda Wright Allen
United States District Court Judge