UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| WAYNE B. LYNCH, Administrator of the Estate of DONOVAN W. LYNCH, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>SOLOMON D. SIMMONS, III, et al.,<br><br>    Defendants. | Case No. 2:21-cv-341 |

## **ORDER**

For good cause shown and in accordance with Local Rule 83.1, the Motion to Substitute Counsel for Plaintiff is GRANTED and former counsel for the Plaintiff, Justin Fairfax and Tom Martin, are substituted with Joseph V. Sherman, Esq., and Joseph V. Sherman, P.C., 324 West Freemason St., Norfolk, VA 23510 as counsel of record for Plaintiff's duties and obligations.

It Is So Ordered,

_____

The Honorable Arenda Wright Allen
United States District Court Judge