

December 6, 2022

Thomas Martin, Esquire
Martin Law PLLC
**Via Email: tmartin@martinlawdc.com**

      **Re: Wayne Lynch**
      **Reference #: CON00429132**

To Whom It May Concern,

Please be advised that the current payoff amount for the above-referenced client is:

**$48,895.00 due on or before January 5, 2023**

If you have not confirmed receipt of funds by January 5, 2023, please contact our office for an updated payoff amount, as this lien continues to accrue.

| **PAYMENT BY CHECK:** | **PAY BY WIRE TRANSFER:** |
|---|---|
| **Check Payable to:** USClaims | **Bank Name:** Wells Fargo Bank |
| **Please Include Reference#:** CON00429132 | **Bank ABA:** 121000248 |
| **USPS Mailing Address:**<br>Post Office Box 789867<br>Philadelphia, PA 19178-9867 | **Account #:** 4298292491 |
| **Overnight Mailing Address:**<br>Lockbox Services 789867<br>MAC Y1372-045<br>401 Market Street<br>Philadelphia, PA 19106 | **Account Name:**<br>Collectio I Lockbox SPV, LLC |
| | **Bank Address:**<br>420 Montgomery Street<br>San Francisco, CA 94104 |
| | **Reference#:** CON00429132 |

Please note that payments sent to our lockbox account are automatically deposited. Payments received for less than the amount due are accepted as partial payment only, even if marked "payment in full" or language of similar import, and shall not discharge the obligation to pay USClaims in full.

Do not hesitate to contact me if you have any questions or require additional information at (844) 605-8179 or payoff@usclaims.com.

Sincerely yours,

*Karthik K*

Payoff Analyst

payoff@usclaims.com

v10 2.3.2021



At Last! Enjoy funding with low fees, a 2x cap, and an experienced team that does all the legwork for you.

**FUNDING SIMPLIFIED**    easy@usclaims.com | (877) USCLAIMS

1625 S Congress Ave, Ste200B, Delray Beach, FL 33445 | Phone: (844) 605-8179 | Fax: (561) 982-3507 | Toll Free: 877 USClaims