# Joseph V. Sherman, P.C.    Statement of Account

324 W Freemason Street  
Norfolk, VA 23510  
United States  
Phone (757) 350-8308  
Fax (757) 351-4663  
Joe@lawfirmJVS.com

Wayne Lynch, Administrator  
Estate of Donovon W. Lynch

07/26/2023

## 00251-Lynch, AdministratorEstate of Donovon Lynch v. City of Virginia Beach and Officer Solomon Simmons: Estate of Donovon Lynch v. City of Virginia Beach and Officer Solomon Simmons

Billing Method: Hourly  
Responsible Attorney: None

| Date | Activity | Due Date | Invoice Amount | Payments | Balance |
|---|---|---|---|---|---|
| | Opening Balance | | | | $0.00 |
| 01/27/2023 | Invoice #2399 | 01/27/2023 | $6,133.70 | | $6,133.70 |
| 03/31/2023 | Invoice #2519 | 03/31/2023 | $7,429.59 | | $13,563.29 |
| 06/20/2023 | Invoice #2739 | 06/20/2023 | $11,075.00 | | $24,638.29 |
| 06/20/2023 | Payment on invoice #2399 | | | $2,500.00 | $22,138.29 |
| 07/26/2023 | Invoice #2869 | 07/26/2023 | $6,206.39 | | $28,344.68 |
| | | | | **Balance Due:** | **$28,344.68** |
| | | | | **Overdue Balance:** | **$22,138.29** |

Thank you for the opportunity to be of service.  
Please call if you have questions: (757) 350-8308.

# Joseph V. Sherman, P.C.

324 W Freemason Street
Norfolk, VA 23510
United States
Phone (757) 350-8308
Fax (757) 351-4663
Joe@lawfirmJVS.com

## STATEMENT OF PROFESSIONAL SERVICES RENDERED

Statement # 2399
Date: 01/27/2023

Wayne Lynch, Administrator
Estate of Donovon W. Lynch

## Estate of Donovon Lynch v. City of Virginia Beach and Officer Solomon Simmons

**Services**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 12/27/2022 | Receive and review multiple emails from client; open file; review joint motion filed to enforce settlement agreement; draft letter to client. | 0.90 | $250.00 | $225.00 |
| Service | 12/28/2022 | Review file; telephone conference with client; draft Motion to Substitute Counsel; notes to file. | 0.70 | $250.00 | $175.00 |
| Service | 12/28/2022 | Review, revise, and file Motion to Substitute Attorney; draft and send email to client; notes to file. | 1.00 | $250.00 | $250.00 |
| Service | 12/29/2022 | Review media inquiry from Channel 13; draft email to client; telephone conference with Jeff Reichert; review and revise email to client; notes to file. | 1.10 | $250.00 | $275.00 |
| Service | 12/29/2022 | Review Memorandum in Law in support of joint motion to enforce settlement agreement and documents in support; notes to file. | 0.20 | $250.00 | $50.00 |
| Service | 12/30/2022 | Receive and review email from channel 13; draft and send response; telephone conference with client; notes to file. | 1.90 | $250.00 | $475.00 |
| Service | 12/30/2022 | Multiple telephone calls with client; multiple emails with client revising press release; draft and send emails to press; notes to file. | 0.60 | $250.00 | $150.00 |
| Service | 01/05/2023 | Review file; draft and send email to client; telephone conference with Josh Coe, Esq.; notes to file. | 1.00 | $250.00 | $250.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/05/2023 | Pull minutes from the Virginia Beach City Council meeting 12/6/2022; notes to file. | 0.30 | $75.00 | $22.50 |
| Service | 01/05/2023 | Draft Memorandum in Opposition to Joint Motion to Enforce Settlement Agreement. | 2.20 | $250.00 | $550.00 |
| Service | 01/06/2023 | Draft Motion to Enforce Memorandum of Understanding; draft Memorandum in Support of Motion to Enforce MOU; review and revise Memorandum in Opposition to Joint Motion to Enforce Settlement Agreement. | 1.10 | $250.00 | $275.00 |
| Service | 01/06/2023 | Review and revise Memorandum in Opposition to Settlement Agreement; review file; notes to file. | 1.70 | $250.00 | $425.00 |
| Service | 01/06/2023 | Review and revise Memorandum in Opposition to Enforcement of Settlement Agreement; notes to file. | 0.60 | $250.00 | $150.00 |
| Service | 01/10/2023 | Review notice of electronic filing of transcript; review docket; fill out transcript order form. | 0.30 | $250.00 | $75.00 |
| Service | 01/11/2023 | Review Motion to Approve Proposed Distribution of Settlement Funds; outline arguments. | 0.30 | $250.00 | $75.00 |
| Service | 01/11/2023 | Research timeline of media events; memo to jvs. Update file with federal court filings; notes to file. | 1.00 | $75.00 | $75.00 |
| Service | 01/12/2023 | Receive and review text from client; telephone call to client; notes to file. | 0.10 | $250.00 | $25.00 |
| Service | 01/12/2023 | Telephone conference with client; notes to file. | 0.30 | $250.00 | $75.00 |
| Service | 01/12/2023 | Receive and review Reply brief filed by Officer Simmons; notes to file. | 0.10 | $250.00 | $25.00 |
| Service | 01/12/2023 | Review and revise Memorandum in Opposition to Motion to Approve Distribution of Settlement Funds; notes to file. | 2.40 | $250.00 | $600.00 |
| Service | 01/13/2023 | Telephone conference with Chris Boynton, Esq.; notes to file. | 0.30 | $250.00 | $75.00 |
| Service | 01/13/2023 | Receive and review transcript of October 31, 2022, proceeding before Magistrate Judge Krask; notes to file. | 0.50 | $250.00 | $125.00 |
| Service | 01/13/2023 | Draft email to client; notes to file. | 0.30 | $250.00 | $75.00 |
| Service | 01/14/2023 | Review emails from client; draft and send responses; telephone conference with Tom Martin, Esq.; telephone conference with client; notes to file. | 1.30 | $250.00 | $325.00 |
| Service | 01/17/2023 | Prepare letter to opposing counsel for mailing. | 0.10 | $250.00 | $25.00 |
| Service | 01/19/2023 | Draft Plaintiff's Request for Hearing. | 0.20 | $250.00 | $50.00 |
| Service | 01/20/2023 | Review and revise Request for Hearing; notes to file. | 0.10 | $250.00 | $25.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/25/2023 | Telephone conference with client; notes to file. | 1.60 | $250.00 | $400.00 |
| Service | 01/25/2023 | Review email from Ibrahim Reyes; notes to file. | 0.20 | $250.00 | $50.00 |
| Service | 01/26/2023 | Review file; notes to file. | 0.20 | $250.00 | $50.00 |
| Service | 01/27/2023 | Outline strategy; draft motion for emergency hearing; notes to file. | 0.10 | $250.00 | $25.00 |
| Service | 01/27/2023 | Review file; review and revise Motion for an Emergency Hearing; draft and send email to client; email state bar ethics hotline; receive and review response from state bar ethics hotline; notes to file. | 2.50 | $250.00 | $625.00 |
| | | | **Services Subtotal** | | **$6,072.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 01/13/2023 | Reimbursable expenses: Transcript of Proceedings October 31, 2022 | 1.00 | $61.20 | $61.20 |
| | | | **Expenses Subtotal** | | **$61.20** |
| | | | **Subtotal** | | **$6,133.70** |
| | | | **Total** | | **$6,133.70** |
| | | | **Payment (06/20/2023)** | | **-$2,500.00** |
| | | | **Balance Owing** | | **$3,633.70** |

## Detailed Statement of Account

### Other Invoices

| Statement Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 2519 | 03/31/2023 | $7,429.59 | $0.00 | $7,429.59 |
| 2739 | 06/20/2023 | $11,075.00 | $0.00 | $11,075.00 |
| 2869 | 07/26/2023 | $6,206.39 | $0.00 | $6,206.39 |

### Current Statement

| Statement Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 2399 | | 01/27/2023 | $6,133.70 | $2,500.00 | $3,633.70 |
| | | | **Outstanding Balance** | | **$28,344.68** |
| | | | **Total Amount Outstanding** | | **$28,344.68** |

## Escrow Account

| Date | Type | Notes | Matter | Disbursements | Deposits | Balance |
|---|---|---|---|---|---|---|
| 05/26/2023 | | Received from Wayne Lynch | 00251-Lynch, AdministratorEstate of Donovon Lynch v. City of Virginia Beach and Officer Solomon Simmons | | $2,500.00 | $2,500.00 |
| 06/20/2023 | | Payment on bill #2399 | 00251-Lynch, AdministratorEstate of Donovon Lynch v. City of Virginia Beach and Officer Solomon Simmons | $2,500.00 | | $0.00 |
| | | | **Escrow Account Balance** | | **$0.00** | |

Thank you for the opportunity to be of service.
Please call if you have questions: (757) 350-8308.

Payment is due upon receipt.
Late payment fees of 1.5% per month charged on all past due services and costs.

# Joseph V. Sherman, P.C.

324 W Freemason Street
Norfolk, VA 23510
United States
Phone (757) 350-8308
Fax (757) 351-4663
Joe@lawfirmJVS.com

# STATEMENT OF PROFESSIONAL SERVICES RENDERED

Statement # 2519
Date: 03/31/2023

Wayne Lynch, Administrator
Estate of Donovon W. Lynch

## Estate of Donovon Lynch v. City of Virginia Beach and Officer Solomon Simmons

**Services**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 02/01/2023 | Meet and confer with Joseph V. Sherman, Esq.; return call of third-party citizen offering information; left message; citizen returned call, notes to file. | 1.60 | $250.00 | $400.00 |
| Service | 02/08/2023 | Review and revise cease and desist letter to Tom Martin, Esq., and Justin Fairfax; Esq., draft and send email to client; notes to file. | 1.20 | $250.00 | $300.00 |
| Service | 02/08/2023 | Draft confidential settlement brief; draft and send email to client; notes to file. | 1.30 | $250.00 | $325.00 |
| Service | 02/09/2023 | Receive and review email from client; review settlement brief from Justin Fairfax, Esq.,; draft and send email to client; notes to file. | 0.40 | $250.00 | $100.00 |
| Service | 02/09/2023 | Review and revise cease and desist letter to Justin Fairfax, Esq., and Tom Martin, Esq.; notes to file. | 0.30 | $250.00 | $75.00 |
| Service | 02/13/2023 | Receive and review email from client; draft and send response; receive and review reply from Ibrahim Reyes, Esq.; telephone conference with Ibrahim Reyes, Esq.; review and revise application to qualify as a foreign attorney; draft and send email to client; notes to file. | 0.50 | $250.00 | $125.00 |
| Service | 02/13/2023 | Receive and review email from client; draft and send email to client; notes to file. | 0.20 | $250.00 | $50.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 02/14/2023 | Telephone conference with client; notes to file. | 1.00 | $250.00 | $250.00 |
| Service | 02/14/2023 | Create Estate file with all documents in preparation for Thursday's mediation. | 6.00 | $75.00 | $450.00 |
| Service | 02/14/2023 | Telephone conference with Hon. Lawrence Leonard; notes to file. | 0.20 | $250.00 | $50.00 |
| Service | 02/15/2023 | Review email from EDVA law clerk; review Va. Code 8.01-55; review case law on attorney's fees relating to statute; review proceedings in similar case referred by Magistrate Judge; meet with Joseph V. Sherman, Esq.; meet with extern to discuss assisting in mediation preparation. | 1.00 | $250.00 | $250.00 |
| Service | 02/15/2023 | Receive and review email from Judge Lawrence Leonard's clerk; forward to client; receive and review multiple emails from client; telephone conference with Josh Coe, Esq.; draft and send email to Judge Leonard's clerk; notes to file. | 0.60 | $250.00 | $150.00 |
| Service | 02/16/2023 | Assist Joseph V. Sherman prepare for mediation; drive to courthouse. | 0.30 | $250.00 | $75.00 |
| Service | 02/16/2023 | Prepare for and attend settlement conference with Hon. Leonard; notes to file. | 5.50 | $250.00 | $1,375.00 |
| Service | 02/17/2023 | Prepare letter to Justin Fairfax Esq. and Thomas Martin Esq. for mailing. | 0.10 | $250.00 | $25.00 |
| Service | 02/21/2023 | Receive and review email from Chris Boynton, Esq.; draft and send response; review redlined settlement agreement; notes to file. | 0.10 | $250.00 | $25.00 |
| Service | 02/21/2023 | Review email from Chris Boynton, Esq.; review proposed settlement agreement; notes to file. | 0.20 | $250.00 | $50.00 |
| Service | 02/22/2023 | Receive and review email from client; draft and send response; notes to file. | 0.20 | $250.00 | $50.00 |
| Service | 02/27/2023 | Review email from client; review various redline versions of settlement agreement; review and revise redline settlement agreement; draft and send email to client; notes to file. | 0.60 | $250.00 | $150.00 |
| Service | 02/27/2023 | Receive and review multiple emails from client; draft and send multiple responses; review and revise settlement agreement; notes to file. | 0.30 | $250.00 | $75.00 |
| Service | 03/01/2023 | Telephone conference with client; notes to file. | 1.20 | $250.00 | $300.00 |
| Service | 03/02/2023 | Review and revise settlement agreement; telephone conference with client; draft and send email to client; telephone conference with client; notes to file. | 1.60 | $250.00 | $400.00 |
| Service | 03/03/2023 | Receive and review docket correction; telephone message for Tonya Levinson in Clerk's office; receive and review email from client; review and revise draft | 0.10 | $250.00 | $25.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | settlement agreement; notes to file. | | | |
| Service | 03/09/2023 | Telephone message for client; receive and review emails from client and Court; draft and send email to Court; draft and send email to client; notes to file. | 0.50 | $250.00 | $125.00 |
| Service | 03/09/2023 | Prepare for and execute telephone conference with Hon. Leonard; text messages with client; notes to file. | 0.60 | $250.00 | $150.00 |
| Service | 03/10/2023 | Receive and review email from client; draft and send response; receive and review email from court; draft and send response; notes to file. | 0.20 | $250.00 | $50.00 |
| Service | 03/10/2023 | Review email from client; draft and send response; review file; draft and send email to court; notes to file. | 0.40 | $250.00 | $100.00 |
| Service | 03/10/2023 | Prepare for and execute telephone conference with Hon. Leonard; telephone conference with client; notes to file. | 1.20 | $250.00 | $300.00 |
| Service | 03/16/2023 | Multiple emails with Jeff Reichert, Esq.,; telephone conference with Ibrahim Reyes, Esq., Jeff Reichert, Esq., and Wayne Lynch; call with Wayne Lynch; emails with same; notes to file. | 0.90 | $250.00 | $225.00 |
| Service | 03/16/2023 | Multiple phone calls and emails with client; draft email to Christopher Boynton, Esq.; outline phone call with Christopher Boynton, Esq.; notes to file. | 1.20 | $250.00 | $300.00 |
| Service | 03/21/2023 | Receive and review email from client; draft and send response; review file; notes to file. | 0.30 | $250.00 | $75.00 |
| Service | 03/24/2023 | Receive and review email from Christopher Boynton, Esq.; draft and send email to client; telephone conference with client; notes to file. | 0.50 | $250.00 | $125.00 |
| Service | 03/27/2023 | Receive and review multiple emails from client; draft and send email to client; notes to file. | 0.20 | $250.00 | $50.00 |
| Service | 03/28/2023 | Telephone conference with client; review file; notes to file. | 0.90 | $250.00 | $225.00 |
| Service | 03/30/2023 | Telephone conference with Chris Boynton, Esq.; telephone conference with client; review file; notes to file. | 1.70 | $250.00 | $425.00 |
| Service | 03/31/2023 | Draft letter to client; notes to file. | 0.50 | $250.00 | $125.00 |
| | | | **Services Subtotal** | | **$7,350.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 02/17/2023 | Letters: Letter to Fairfax and Martin, copy to client. | 3.00 | $1.53 | $4.59 |

| Expense | 03/02/2023 | Reimbursable expenses: Application fee for Motion for Pro Hac Vice. | 1.00 | $75.00 | $75.00 |
|---|---|---|---|---|---|
| | | | Expenses Subtotal | | $79.59 |
| | | | Subtotal | | $7,429.59 |
| | | | Total | | $7,429.59 |

## Detailed Statement of Account

### Other Invoices

| Statement Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 2399 | 01/27/2023 | $6,133.70 | $2,500.00 | $3,633.70 |
| 2739 | 06/20/2023 | $11,075.00 | $0.00 | $11,075.00 |
| 2869 | 07/26/2023 | $6,206.39 | $0.00 | $6,206.39 |

### Current Statement

| Statement Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 2519 | 03/31/2023 | $7,429.59 | $0.00 | $7,429.59 |
| | | | **Outstanding Balance** | **$28,344.68** |
| | | | **Total Amount Outstanding** | **$28,344.68** |

Please make all amounts payable to: Joseph V. Sherman, P.C.

Payment is due upon receipt.

# Joseph V. Sherman, P.C.

324 W Freemason Street
Norfolk, VA 23510
United States
Phone (757) 350-8308
Fax (757) 351-4663
Joe@lawfirmJVS.com

# STATEMENT OF PROFESSIONAL SERVICES RENDERED

Statement # 2739
Date: 06/20/2023

Wayne Lynch, Administrator
Estate of Donovon W. Lynch

## Estate of Donovon Lynch v. City of Virginia Beach and Officer Solomon Simmons

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 01/03/2023 | Receive and review series of emails from Jeffrey Reichert, Esq. enclosing deposition transcripts and notice of settlement. | 0.50 | $250.00 | $125.00 |
| Service | 01/09/2023 | Receive and review email from Jeffrey Reichert, Esq.; draft and send email to Mr. Reichert; receive and review response from Mr. Reichert; receive and review email from Ibrahim Reyes; receive and review email from Christopher S. Boynton Esq.; receive and review email from Mr. Reichert. | 0.50 | $250.00 | $125.00 |
| Service | 01/15/2023 | Receive and review email from Tom Martin, Esq.; draft and send email to client; receive and review emails from Jeffrey Reichert. | 0.20 | $250.00 | $50.00 |
| Service | 01/16/2023 | Receive and review email from client. | 0.10 | $250.00 | $25.00 |
| Service | 01/18/2023 | Receive and review email from Jeffrey Reichert, Esq. | 0.10 | $250.00 | $25.00 |
| Service | 01/19/2023 | Receive and review email from Gerald Harris Esq.; receive and review email from Jeffrey Reichert, Esq. | 0.10 | $250.00 | $25.00 |
| Service | 01/21/2023 | Receive and review email from Jeffrey Reichert, Esq. | 0.10 | $250.00 | $25.00 |
| Service | 01/28/2023 | Receive and review email from Jeffrey Reichert; review and revise Emergency Motion for Hearing; file motion through ECF site. | 0.30 | $250.00 | $75.00 |
| Service | 01/30/2023 | Receive and review email from Ibrahim Reyes, Esq.; receive and review email from client. | 0.10 | $250.00 | $25.00 |
| Service | 02/01/2023 | Receive and review email from Jeffrey Reichert, Esq.; | 0.20 | $250.00 | $50.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | receive and review email from client. | | | |
| Service | 02/02/2023 | Receive and review email from Jeffrey Reichert Esq.; receive and review Order from Court. | 0.10 | $250.00 | $25.00 |
| Service | 02/03/2023 | Receive and review email from client. | 0.10 | $250.00 | $25.00 |
| Service | 02/06/2023 | Receive and review email from Jeffrey Reichert, Esq.; receive and review email from client; receive and review email from Mr. Reichert; receive and review email from client. | 0.20 | $250.00 | $50.00 |
| Service | 02/07/2023 | Receive and review email from Jeffrey Reichert Esq. | 0.10 | $250.00 | $25.00 |
| Service | 02/10/2023 | Receive and review email from client; draft and send email to Haley Tanner, law clerk to Judge Leonard; receive and review email from Ms. Tanner. | 0.10 | $250.00 | $25.00 |
| Service | 02/20/2023 | Receive and review email from Jeffrey Reichert, Esq. | 0.10 | $250.00 | $25.00 |
| Service | 02/23/2023 | Receive and review email from Jeffrey Reichert Esq.; receive and review email from Ibrahim Reyes Esq.; receive and review email from Christopher Boynton Esq. | 0.20 | $250.00 | $50.00 |
| Service | 02/28/2023 | Receive and review email from Christopher Boynton Esq. | 0.10 | $250.00 | $25.00 |
| Service | 03/06/2023 | Receive and review email from Christopher Boynton Esq. | 0.10 | $250.00 | $25.00 |
| Service | 03/07/2023 | Receive and review email from Jeffrey Reichert, Esq.; receive and review email from client; draft and send email to Christopher Boynton Esq.; receive and review email from Mr. Boynton. | 0.20 | $250.00 | $50.00 |
| Service | 03/08/2023 | Receive and review emails from Jeffrey Reichert Esq.; receive and review email from Angilee DiMartino, law clerk to Judge Leonard; draft and send email to Christopher Boynton Esq.; receive and review email from Mr. Boynton; receive and review email from Gerald Harris Esq.; receive and review email from Tom Martin Esq. | 0.60 | $250.00 | $150.00 |
| Service | 03/12/2023 | Receive and review email from Jeffrey Reichert, Esq. | 0.10 | $250.00 | $25.00 |
| Service | 03/13/2023 | Receive and review email from Jeffrey Reichert Esq.; receive and review email from client. | 0.10 | $250.00 | $25.00 |
| Service | 03/14/2023 | Receive and review email from Christopher Boynton Esq. | 0.10 | $250.00 | $25.00 |
| Service | 03/15/2023 | Receive and review email from Jeffrey Reichert Esq.; receive and review emails from Haley Tanner, law clerk to Judge Leonard; draft and send email to Ms. Tanner; draft and send email to Mr. Reichert; receive and review email from Jeffrey Reichert; draft and send email to Mr. Reichert; receive and review email from | 1.00 | $250.00 | $250.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Mr. Reichert; draft and send email to Mr. Reichert; receive and review email from Mr. Reichert; continued exchange of emails with Mr. Reichert; receive and review email from Ibrahim Reyes Esq.; draft and send email to Ms. Tanner; receive and review email from Angilee DiMartino, law clerk to Judge Leonard; receive and review email from Christopher Boynton Esq. | | | |
| Service | 03/22/2023 | Draft and send email to client; receive and review email from Jeffrey Reichert, Esq.; receive and review email from Mr. Reichert; draft and send email to Mr. Reichert; receive and review email from Mr. Reichert; draft and send email to Mr. Reichert; receive and review email from Mr. Reichert; draft and send email to Mr. Reichert; receive and review email from Mr. Reichert; receive and review email from client. | 0.60 | $250.00 | $150.00 |
| Service | 03/25/2023 | Receive and review email from Jeffrey Reichert Esq. | 0.20 | $250.00 | $50.00 |
| Service | 03/29/2023 | Receive and review email from Jeffrey Reichert; receive and review email to client; draft and send email to client; receive and review email from Mr. Reichert. | 0.10 | $250.00 | $25.00 |
| Service | 04/03/2023 | Receive and review email from client; draft and send response; draft and send email to Judge Leonard and City; notes to file. | 0.40 | $250.00 | $100.00 |
| Service | 04/04/2023 | Receive and review email from client; draft and send response; notes to file. | 0.10 | $250.00 | $25.00 |
| Service | 04/05/2023 | Review and revise Motion to Enforce Settlement Agreement; notes to file. | 0.60 | $250.00 | $150.00 |
| Service | 04/05/2023 | Thought energy toward a broken world; notes to file. | 0.10 | $250.00 | $25.00 |
| Service | 04/05/2023 | Review and revise Memorandum in Support of Motion to Enforce Memorandum of Understanding | 1.90 | $250.00 | $475.00 |
| Service | 04/06/2023 | Receive and review email from Brittney Titus, courtroom deputy for Judge Krask; receive and review email from Christopher Boynton Esq.; receive and review email from Tom Martin Esq.; receive and review email from Gary Bryant Esq.; draft and send email to Ms. Titus. | 0.20 | $250.00 | $50.00 |
| Service | 04/07/2023 | Receive and review email from Mr. Reichert; draft and send email to Mr. Reichert; receive and review email from Mr. Reichert; draft and send email to Mr. Reichert; receive and review email from Mr. Reichert; draft and send email to Mr. Reichert; receive and review emails from Mr. Reichert. | 0.30 | $250.00 | $75.00 |
| Service | 04/12/2023 | Review file; telephone conference with Judge Krask; notes to file. | 1.10 | $250.00 | $275.00 |
| Service | 04/13/2023 | Meeting with client; review and outline strategy; draft and send email to client; notes to file. | 0.90 | $250.00 | $225.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 04/13/2023 | Receive and review email from client; send email to Chris Boynton, Esq.; notes to file. | 0.20 | $250.00 | $50.00 |
| Service | 04/13/2023 | Review memorandum in opposition to Motion to Substitute Counsel; notes to file. | 0.20 | $250.00 | $50.00 |
| Service | 04/14/2023 | Receive and review email from Christopher Boynton Esq.; receive and review email from Jeffrey Reichert. | 0.10 | $250.00 | $25.00 |
| Service | 04/17/2023 | Receive and review emails from client; telephone conference with Chris Boynton, Esq.; draft and send email to Chris Boynton, Esq., and Gary Bryant, Esq.; review and revise joint stipulation; notes to file. | 0.60 | $250.00 | $150.00 |
| Service | 04/17/2023 | Receive and review email from Chris Boynton, Esq.; draft and send multiple emails to client. | 0.40 | $250.00 | $100.00 |
| Service | 04/17/2023 | Receive and review email from client; draft and send email to Chris Boynton, Esq.; notes to file. | 0.20 | $250.00 | $50.00 |
| Service | 04/18/2023 | Receive and review email from client. | 0.10 | $250.00 | $25.00 |
| Service | 04/19/2023 | Telephone conferences with potential substitute counsel in the event the City calls Joseph V. Sherman, Esq., as a witness during arbitration. | 0.50 | $250.00 | $125.00 |
| Service | 04/25/2023 | Receive and review email from Jeffrey Reichert Esq. | 0.10 | $250.00 | $25.00 |
| Service | 04/28/2023 | Receive and review email and letter from Tom Martin Esq. | 0.10 | $250.00 | $25.00 |
| Service | 05/03/2023 | Receive and review email from Tom Martin Esq; draft and send email to client; receive and review email from Jeffrey Reichert Esq. | 0.10 | $250.00 | $25.00 |
| Service | 05/04/2023 | Telephone conference with Erica of US Claims; notes to file. | 0.10 | $250.00 | $25.00 |
| Service | 05/06/2023 | Receive and review email from client; draft and send email to client. | 0.10 | $250.00 | $25.00 |
| Service | 05/08/2023 | Receive and review email from Brittney Titus, courtroom deputy for Judge Krask. | 0.10 | $250.00 | $25.00 |
| Service | 05/10/2023 | Receive and review email from Patricia Yoder, paralegal for Willcox Savage, enclosing subpoenas. | 0.10 | $250.00 | $25.00 |
| Service | 05/15/2023 | Review federal case law on enforcement of settlement agreements, notes to file. | 0.20 | $250.00 | $50.00 |
| Service | 05/16/2023 | Research and draft memorandum on standard of review for Fraudulent Inducement and Duress. | 1.10 | $250.00 | $275.00 |
| Service | 05/16/2023 | Meeting with client; outline case strategy; notes to file. | 1.10 | $250.00 | $275.00 |
| Service | 05/16/2023 | Receive and review email from Tom Martin, Esq.; draft and send response; notes to file. | 0.10 | $250.00 | $25.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/17/2023 | Draft and send email to client; notes to file. | 0.10 | $250.00 | $25.00 |
| Service | 05/18/2023 | Receive and review email from Jeffrey Reichert Esq.; receive and review email from Patricia Yoder, paralegal for Willcox Savage; receive and review series of emails from Mr. Reichert for use at evidentiary hearing. | 0.30 | $250.00 | $75.00 |
| Service | 05/19/2023 | Receive and review emails from Jeffrey Reichert Esq. for use as evidence at hearing. | 0.10 | $250.00 | $25.00 |
| Service | 05/20/2023 | Receive and review emails from Jeffrey Reichert for use at evidentiary hearing. | 0.10 | $250.00 | $25.00 |
| Service | 05/21/2023 | Receive and review email from client. | 0.10 | $250.00 | $25.00 |
| Service | 05/22/2023 | Receive and review email from Jeffrey Reichert for use at evidentiary hearing; receive and review series of emails from client for evidentiary hearing. | 0.20 | $250.00 | $50.00 |
| Service | 05/23/2023 | Research case law on voiding contracts for fraud and duress for use at trial, notes to file; prepare documents for trial. | 1.00 | $250.00 | $250.00 |
| Service | 05/23/2023 | Prepare for trial; notes to file. | 1.40 | $250.00 | $350.00 |
| Service | 05/23/2023 | Prepare for evidentiary hearing; review file; outline strategy; notes to file. | 1.50 | $250.00 | $375.00 |
| Service | 05/23/2023 | Prepare for hearing; meet with client; notes to file. | 2.50 | $250.00 | $625.00 |
| Service | 05/23/2023 | Prepare for hearing; notes to file. | 1.10 | $250.00 | $275.00 |
| Service | 05/24/2023 | Assist Joseph V. Sherman Esq. prepare for trial | 0.40 | $250.00 | $100.00 |
| Service | 05/25/2023 | Prepare for and execute hearing on enforcement of settlement agreement; notes to file. | 8.40 | $250.00 | $2,100.00 |
| Service | 05/26/2023 | Receive and review email from Jeffrey Reichert Esq.; receive and review email from Tom Martin Esq.; receive and review emails from Mr. Reichert. | 0.20 | $250.00 | $50.00 |
| Service | 05/27/2023 | Telephone conference with client; notes to file. | 0.60 | $250.00 | $150.00 |
| Service | 05/29/2023 | Receive and review email from client; notes to file. | 0.10 | $250.00 | $25.00 |
| Service | 05/30/2023 | Review file; draft and send email to Tom Martin, Esq., requesting client file; draft and send email to Alex Sprio, Esq., confirming no lien; telephone conference with client; notes to file. | 1.00 | $250.00 | $250.00 |
| Service | 05/31/2023 | Draft and send email to Alex Spiro, Esq.; draft and send email to client; notes to file. | 0.10 | $250.00 | $25.00 |
| Service | 06/01/2023 | Draft Status Report of the Estate of Donovon W. Lynch. | 0.30 | $250.00 | $75.00 |
| Service | 06/01/2023 | Receive and reply to multiple emails; telephone conference; review and revise status report; review file; notes to file. | 0.30 | $250.00 | $75.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 06/02/2023 | Email communication with client; notes to file. | 0.10 | $250.00 | $25.00 |
| Service | 06/04/2023 | Receive and review email from Jeffrey Reichert Esq.; draft and send email to Mr. Reichert; receive and review email from Mr. Reichert. | 0.20 | $250.00 | $50.00 |
| Service | 06/05/2023 | Receive and review email from Mr. Reichert; draft and send email to Mr. Reichert; receive and review email from Mr. Reichert. | 0.10 | $250.00 | $25.00 |
| Service | 06/07/2023 | Draft and send email to Mr. Reichert; receive and review email from Mr. Reichert; draft and send email to Mr. Reichert; receive and review email from Mr. Reichert; draft and send email to Mr. Reichert; receive and review email from Mr. Reichert; draft and send email to Mr. Reichert; receive and review email from Mr. Reichert; receive and review email from client; draft and send email to Mr. Reichert; receive and review email from Mr. Reichert. | 0.50 | $250.00 | $125.00 |
| Service | 06/08/2023 | Draft and send email to Mr. Reichert; receive and review email from Mr. Reichert; receive and review email from client. | 0.10 | $250.00 | $25.00 |
| Service | 06/09/2023 | Receive and review email from Jeffrey Reichert Esq.; receive and review emails from client; draft and send email to Mr. Reichert; receive and review email from Mr. Reichert; draft and send email to client; draft Motion to Withdraw at client's insistence; draft and send email to client; receive and review email from Mr. Reichert; draft and send email to Mr. Reichert; receive and review email from Mr. Reichert; receive and review email from client. | 0.50 | $250.00 | $125.00 |
| Service | 06/13/2023 | Review Court's Order of June 5, 2023; discuss strategy with Joseph V. Sherman, Esq.; outline Statement of Costs and Fees; draft Motion for Disbursement of Settlement Funds. | 0.80 | $250.00 | $200.00 |
| Service | 06/14/2023 | Outline Memorandum in Support of Motion for Distribution of Settlement Funds; review and review Motion for Distribution of Settlement Funds; review and revise outline for Statement of Fees and Costs. | 1.20 | $250.00 | $300.00 |
| Service | 06/14/2023 | Review file; telephone conference with client; draft and send email to client; notes to file. | 0.50 | $250.00 | $125.00 |
| Service | 06/15/2023 | Review and revise Motion to Withdraw. | 0.40 | $250.00 | $100.00 |
| Service | 06/20/2023 | Receive and review email from Christopher Boynton Esq.; receive and review email from Jeffrey Reichert Esq. | 0.20 | $250.00 | $50.00 |
| Service | 06/20/2023 | Review and revise Motion for Disbursement; communication with client; notes to file. | 2.50 | $250.00 | $625.00 |
| | | | | **Subtotal** | **$11,075.00** |

|  |  |  | Total | $11,075.00 |
|---|---|---|---|---|

## Detailed Statement of Account

### Other Invoices

| Statement Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 2399 | 01/27/2023 | $6,133.70 | $2,500.00 | $3,633.70 |
| 2519 | 03/31/2023 | $7,429.59 | $0.00 | $7,429.59 |
| 2869 | 07/26/2023 | $6,206.39 | $0.00 | $6,206.39 |

### Current Statement

| Statement Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 2739 | 06/20/2023 | $11,075.00 | $0.00 | $11,075.00 |
|  |  |  | **Outstanding Balance** | **$28,344.68** |
|  |  |  | **Total Amount Outstanding** | **$28,344.68** |

Please make all amounts payable to: Joseph V. Sherman, P.C.

Payment is due upon receipt.

# Joseph V. Sherman, P.C.

324 W Freemason Street
Norfolk, VA 23510
United States
Phone (757) 350-8308
Fax (757) 351-4663
Joe@lawfirmJVS.com

## STATEMENT OF PROFESSIONAL SERVICES RENDERED

Statement # 2869
Date: 07/26/2023

Wayne Lynch, Administrator
Estate of Donovon W. Lynch

## Estate of Donovon Lynch v. City of Virginia Beach and Officer Solomon Simmons

**Services**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 06/22/2023 | Telephone conference with Patrick O'Donnell, Esq.; notes to file. | 0.10 | $295.00 | $29.50 |
| Service | 06/27/2023 | Review briefs submitted by Anchor Legal Group and Justin Fairfax, Esq. re disbursement of attorney's fees; calendar deadlines from Court's Order of June 23, 2023; draft Memorandum in Support of Motion for Approval of Disbursement | 1.60 | $250.00 | $400.00 |
| Service | 06/27/2023 | Review and revise Memorandum in Support of Motion to Disburse Settlement Funds; notes to file. | 0.40 | $250.00 | $100.00 |
| Service | 06/28/2023 | Review and revise Memorandum in Support of Motion for Approval of Settlement. | 1.50 | $250.00 | $375.00 |
| Service | 06/29/2023 | Review and revise Memorandum in Support of Motion for Approval of Settlement; review and revise Affidavit of Lauryn Lynch; notes to file. | 0.70 | $250.00 | $175.00 |
| Service | 06/29/2023 | Draft Affidavit of Lauryn Lynch; review and revise Memorandum in Support of Motion for Approval of Settlement. | 0.90 | $250.00 | $225.00 |
| Service | 06/30/2023 | Review and revise affidavit of Lauryn Lynch; review and revise Memorandum in Support of Motion for Approval of Settlement; draft and send email to client; notes to file. | 0.30 | $250.00 | $75.00 |
| Service | 06/30/2023 | Review and revise Memorandum in Support of Motion for Approval of Settlement; draft proposed order for distribution of proceeds. | 0.60 | $250.00 | $150.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/03/2023 | Review emails from Trey Kelleter, Esq.; draft and send responses to Try Kelleter, Esq.; notes to file. | 0.10 | $250.00 | $25.00 |
| Service | 07/03/2023 | Telephone conference with Trey Kelleter, Esq.; draft and send email to client and Try Kelleter, Esq.; notes to file. | 0.70 | $250.00 | $175.00 |
| Service | 07/03/2023 | Review file; draft and send email to Trey Kelleter, Esq., and client; notes to file. | 0.20 | $250.00 | $50.00 |
| Service | 07/03/2023 | Receive and review email from Trey Kelleter, Esq.; draft and send responses; notes to file. | 0.20 | $250.00 | $50.00 |
| Service | 07/04/2023 | Review and revise Memorandum in Support of Motion for Disbursement; notes to file. | 0.30 | $250.00 | $75.00 |
| Service | 07/05/2023 | Review and revise Memorandum in Support of Motion to Approve Settlement; receive email from Trey Kelleter, Esq.; revise proposed Order; notes to file. | 0.30 | $250.00 | $75.00 |
| Service | 07/11/2023 | Travel to pick up hard drive; to and from Anchor Legal to drop off hard drive. | 1.30 | $75.00 | $97.50 |
| Service | 07/12/2023 | Review city's response to Motion for Approval of Settlement, notes to file. | 0.50 | $250.00 | $125.00 |
| Service | 07/13/2023 | Draft Reply in Support of Motion for Approval of Settlement. | 1.80 | $250.00 | $450.00 |
| Service | 07/14/2023 | Meet and confer with William B. Newman, Esq. regarding receipts produced by Attorneys Martin and Fairfax; research, review, and prepare spreadsheet of expenses. | 2.40 | $75.00 | $180.00 |
| Service | 07/14/2023 | Receive and review email from Jeffrey Reichert, review revisions to Reply in Support of Motion to Approve Settlement; outline and research Memorandum in Opposition to Justin Fairfax, Esq. claim for fees. | 2.50 | $250.00 | $625.00 |
| Service | 07/14/2023 | Travel to and from Anchor Legal to pick up hard drive after providing a DNA sample. | 0.90 | $75.00 | $67.50 |
| Service | 07/17/2023 | Update pleadings and file in preparation for rebuttal of attorneys' fees. | 1.80 | $75.00 | $135.00 |
| Service | 07/19/2023 | Review and revise Memorandum in Opposition to Claim for Costs and Fees by Justin Fairfax, Esq. and Tom Martin, Esq. | 0.90 | $250.00 | $225.00 |
| Service | 07/20/2023 | Review and revise Memorandum in Opposition to Claim for Costs and Fees by Justin Fairfax, Esq. and Tom Martin, Esq. | 2.00 | $250.00 | $500.00 |
| Service | 07/20/2023 | Review and revise brief opposing fee claim by Justin Fairfax, Esq. and Tom Martin, Esq.; notes to file. | 0.30 | $250.00 | $75.00 |
| Service | 07/21/2023 | Review and revise Memorandum in Opposition to Claim for Costs and Fees. | 3.60 | $250.00 | $900.00 |
| Service | 07/21/2023 | Review and revise memorandum in opposition to Justin Fairfax, Esq. and Tom Martin, Esq fee request; notes to | 1.20 | $250.00 | $300.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Fairfax, Esq. and Tom Martin, Esq fee request; notes to file. | | | |
| Service | 07/21/2023 | Review and revise memorandum in opposition; notes to file. | 0.40 | $250.00 | $100.00 |
| Service | 07/21/2023 | Review and revise memorandum in opposition to Justin Fairfax, Esq. and Tom Martin, Esq fee; draft and send email to client; notes to file. | 0.80 | $250.00 | $200.00 |
| Service | 07/21/2023 | Telephone conference with Trey Kelleter, Esq.; review email from Trey Kelleter, Esq.; review and revise Memorandum in Response to Justin Fairfax, Esq. and Tom Martin, Esq; file memorandum on docket; draft and send email to client; notes to file. | 0.30 | $250.00 | $75.00 |
| Service | 07/24/2023 | Telephone conference with Trey Kelleter, Esq.; notes to file. | 0.10 | $250.00 | $25.00 |
| Service | 07/25/2023 | Review email from Trey Kelleter, Esq., including draft memorandum in opposition to Anchor's fees; draft and send response; notes to file. | 0.10 | $250.00 | $25.00 |
| | | | **Services Subtotal** | | **$6,084.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 07/11/2023 | Reimbursable expenses: WD - My Passport 5TB External USB 3.0 Portable Hard Drive - Black Model: WDBPKJ0050BBK-WESN SKU: 6380848 | 1.00 | $121.89 | $121.89 |
| | | | **Expenses Subtotal** | | **$121.89** |
| | | | | **Subtotal** | **$6,206.39** |
| | | | | **Total** | **$6,206.39** |

## Detailed Statement of Account

### Other Invoices

| Statement Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 2399 | 01/27/2023 | $6,133.70 | $2,500.00 | $3,633.70 |
| 2519 | 03/31/2023 | $7,429.59 | $0.00 | $7,429.59 |
| 2739 | 06/20/2023 | $11,075.00 | $0.00 | $11,075.00 |

## Current Statement

| Statement Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 2869 | 07/26/2023 | $6,206.39 | $0.00 | $6,206.39 |
| | | | **Outstanding Balance** | **$28,344.68** |
| | | | **Total Amount Outstanding** | **$28,344.68** |

| Account | Balance |
|---|---|
| Escrow Account Balance | $0.00 |
| **Total Account Balance** | **$0.00** |

Please make all amounts payable to: Joseph V. Sherman, P.C.

Payment is due upon receipt.