IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

WAYNE B. LYNCH,
*Administrator of the Estate of Donovon W. Lynch,*
*Deceased,*

        Plaintiff,

  v.                                               Action No. 2:21cv341

SOLOMON D. SIMMONS, III, *et al.*,

        Defendants.

### ORDER

On August 9, 2023, the Court held a hearing to address Lauryn Lynch's desire to renounce her interest in the Estate of Donovon W. Lynch pursuant to Va. Code § 8.01-53(C). Joseph Sherman, Esq., represented plaintiff. Wayne B. Lynch and Lauryn Lynch were also present. The Court reporter was Michelle Maar. During the hearing, after further inquiries, the Court found that Lauryn Lynch knowingly and voluntarily renounced her interest in any wrongful death claim arising from the death of her brother Donovon W. Lynch.

The Clerk shall forward a copy of this order to counsel of record as well as to Anthony Gantous, Esq., Joshua Coe, Esq., Justin Fairfax, Esq. and Thomas Martin, Esq. The Clerk shall mail a copy of this order to Lauryn Lynch at the address provided to the Court during the hearing.

                                                            /s/ Robert J. Krask
                                                            United States Magistrate Judge

Norfolk, Virginia
August 9, 2023