IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

WAYNE B. LYNCH,
*Administrator of the Estate of Donovon W. Lynch,
Deceased,*

        Plaintiff,

    v.                                              Action No. 2:21cv341

SOLOMON D. SIMMONS, III, *et al.*,

        Defendants.

### ORDER

This matter is before the Court on Wayne B. Lynch's, Administrator for the Estate of Donovon W. Lynch, motion for approval of settlement. ECF No. 116. The Court must approve any compromise of a wrongful death action. Va. Code § 8.01-55. Accordingly, the Court **ORDERS** Joseph Sherman, Esq., and Trey Kelleter, Esq., to file an updated account of requested attorneys' fees by **August 17, 2023**.

The Court **DENIES as moot** Sherman's request to withdraw as counsel of record. ECF No. 110.

The Clerk shall forward a copy of this order to counsel of record.

                                                                   /s/
                                                        Robert J. Krask
                                          United States Magistrate Judge

Norfolk, Virginia
August 14, 2023