UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

WAYNE B. LYNCH,
Administrator of the Estate of Donovon W. Lynch,
Deceased,

        Plaintiff,

v.                                                                           Action No. 2:21cv341

SOLOMON D. SIMMONS, III, et al.,

        Defendants.

## ORDER

This matter is before the Court on the motion for approval of settlement. ECF No. 116. The Court will hold a hearing on this motion at 9:30 a.m. on September 7, 2023, at the United States District Court for the Eastern District of Virginia, 600 Granby Street, Norfolk, Virginia 23510.

The Clerk is **DIRECTED** to forward copies of this order to all current and past counsel of record, and to Lauryn Lynch at the address provided to the Court during the hearing held August 9, 2023.

                                                                                        /s/
                                                                 Robert J. Krask
                                                      UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
August 30, 2023