# Civil Minutes

Time Set: 9:30 a.m.
Start Time: 9:34 a.m.
End Time: 9:57 a.m.

| | | |
|---|---|---|
| Wayne B. Lynch | Civil Case Number: | 2:21cv341 |
| ( X ) Plaintiff  (   ) Government | Date: | 9/7/2023 |
| vs. | Presiding Judge: | Robert J. Krask |
| | Court Reporter | Carol Naughton, OCR |
| Simmons et al | Courtroom Deputy: | B. Titus |
| Defendant(s) | | |

| | |
|---|---|
| Proceedings: | The matter came on for a hearing to address the pending motion for approval of settlement (ECF No. 116). |
| | Joseph Sherman appeared on behalf of Plaintiff. Gary Bryant appeared on behalf of Defendant. Gerald Harris and Christopher Boynton appeared on behalf of the City of Virginia Beach. Anthony Gantous, Joshua Coe, Justin Fairfax, Thomas Martin, and Trey Kelleter present. |
| | Comments and questions by the Court. Responses of counsel heard. |
| | Court to issue a report and recommendation. |
| | Court adjourned. |