## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

WAYNE B. LYNCH,
Administrator of the Estate of Donovon W. Lynch,
Deceased,

        Plaintiff,

v.                                      Action No. 2:21cv341

SOLOMON D. SIMMONS, III, et al.,

        Defendants.

### O R D E R

A report and recommendation addressing the motion for approval of settlement (ECF No. 116) is being entered simultaneously with this order. In the report and recommendation, the Court references defendant's exhibit 5 submitted for the Court's consideration during the hearing held May 24, 2023.

The Clerk is **DIRECTED** to file defendant's exhibit 5, which is attached to this order.

                                         Robert J. Krask
                     UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
September 8, 2023