UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| WAYNE B. LYNCH, Administrator of the Estate of DONOVON W. LYNCH, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> SOLOMON D. SIMMONS, III, et al., <br><br> Defendants. | Case No. 2:21-cv-341 |

## STATUS REPORT OF THE ESTATE OF DONOVON W. LYNCH

Wayne B. Lynch, Administrator for the Estate of Donovon W. Lynch, by counsel, pursuant to the Court's order of September 26, 2023, Dkt. 153, reports that he received and distributed the settlement funds as directed by the Court. Statement of the Estate's escrow account with Joseph V. Sherman, P.C. attached as Exhibit A; signed acknowledgement of receipt of disbursement from Anchor Legal Group attached as Exhibit B; signed acknowledgement of receipt of disbursement from Kelleter Law P.C. attached as Exhibit C; Email from Thomas Martin confirming receipt on behalf of himself and Justin Fairfax attached as Exhibit D.

October 5, 2023

**WAYNE B. LYNCH, ADMINISTRATOR OF THE ESTATE OF DONOVON W. LYNCH, DECEASED**

By: ___/s/ Joseph V. Sherman_____
            Counsel

Joseph V. Sherman (VSB No. 86099)
JOSEPH V. SHERMAN, P.C.
324 West Freemason Street
Norfolk, Virginia 23510
Telephone:   (757) 350-8308
Facsimile:   (757) 351-4663
E-mail:       joe@jvslawyer.com

## CERTIFICATE OF SERVICE

      I certify that on October 5, 2023, I electronically filed a true copy of the foregoing STATUS REPORT OF THE ESTATE OF DONOVON W. LYNCH with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record including:

    Justin Fairfax, Esq.
    8106 Guinevere Drive
    Annandale, Virginia 22003

    Thomas Benson Martin, Esq.
    MARTIN LAW PLLC
    5028 Wisconsin Avenue NW, Suite 100
    Washington, DC 20016

    Bethany Jean Fogerty, Esq.
    Gary Alvin Bryant, Esq.
    Jason Eli Ohana, Esq.
    WILLCOX & SAVAGE PC
    440 Monticello Avenue, Suite 2200
    Norfolk, Virginia 23510

    Gerald Logan Harris, Esq.
    Christopher Scott Boynton, Esq.
    Joseph Martin Kurt, Esq.
    CITY OF VIRGINIA BEACH
    2401 Courthouse Drive
    Virginia Beach, Virginia 23456

                               /s/ Joseph V. Sherman
                               Joseph V. Sherman (VSB No. 86099)