# Trust ledger

Trust ledger<br>10/03/2023<br>4:55 PM

**Date Range:** 09/29/2023 - 10/03/2023
**Practice Area:** All
**Breakdown Level:** Client

## Wayne Lynch, Administrator

Escrow Account

| Date | Source/Recipient | Reference | Matter Number | Funds Out | Funds In | Balance |
|---|---|---|---|---|---|---|
| 09/28/2023 | Opening Balance for Client | - | | - | - | $0.00 |
| 10/02/2023 Settlement funds received from City of Virginia Beach | Settlement funds received from City of Virginia Beach | 30079913 | 00251-Lynch, AdministratorEstate of Donovon Lynch v. City of Virginia Beach and Officer Solomon Simmons | - | $3,000,000.00 | $3,000,000.00 |
| 10/02/2023 Attorneys' fees paid to Anchor Legal Group, PLLC | Anchor Legal Group PLLC | 2303 | 00251-Lynch, AdministratorEstate of Donovon Lynch v. City of Virginia Beach and Officer Solomon Simmons | $229,635.18 | - | $2,770,364.82 |
| 10/02/2023 Attorneys' fees paid to KelleterLaw PC | KelleterLaw PC | 2304 | 00251-Lynch, AdministratorEstate of Donovon Lynch v. City of Virginia Beach and Officer Solomon Simmons | $14,025.00 | - | $2,756,339.82 |
| 10/03/2023 Funeral expenses paid to Wayne B. Lynch | Wayne B. Lynch | 2305 | 00251-Lynch, AdministratorEstate of Donovon Lynch v. City of Virginia Beach and Officer Solomon Simmons | $12,038.60 | - | $2,744,301.22 |
| 10/03/2023 Wire sent to Wayne B. Lynch, Administrator, Estate of Donovon | Wayne B. Lynch, Administrator, Estate of Donovon Wayne Lynch | - | 00251-Lynch, AdministratorEstate of Donovon Lynch v. City of Virginia Beach and | $2,034,729.39 | - | $709,571.83 |

| | | | | | |
|---|---|---|---|---|---|
| Wayne Lynch | | Officer Solomon Simmons | | | |
| 10/03/2023 Wire send to Martin Law PLLC for attorneys' fees and costs | Martin Law PLLC   - | 00251-Lynch, AdministratorEstate of Donovon Lynch v. City of Virginia Beach and Officer Solomon Simmons | $679,197.47 | - | $30,374.36 |
| 10/03/2023 Payment for bill #2399 | Transferred to: Operating Account for invoice #2399 | 00251-Lynch, AdministratorEstate of Donovon Lynch v. City of Virginia Beach and Officer Solomon Simmons | $3,633.70 | - | $26,740.66 |
| 10/03/2023 Payment for bill #2519 | Transferred to: Operating Account for invoice #2519 | 00251-Lynch, AdministratorEstate of Donovon Lynch v. City of Virginia Beach and Officer Solomon Simmons | $7,429.59 | - | $19,311.07 |
| 10/03/2023 Payment for bill #2739 | Transferred to: Operating Account for invoice #2739 | 00251-Lynch, AdministratorEstate of Donovon Lynch v. City of Virginia Beach and Officer Solomon Simmons | $11,075.00 | - | $8,236.07 |
| 10/03/2023 Payment for bill #2869 | Transferred to: Operating Account for invoice #2869 | 00251-Lynch, AdministratorEstate of Donovon Lynch v. City of Virginia Beach and Officer Solomon Simmons | $6,206.39 | - | $2,029.68 |
| 10/03/2023 Payment for bill #2952 | Transferred to: Operating Account for invoice #2952 | 00251-Lynch, AdministratorEstate of Donovon Lynch v. City of Virginia Beach and Officer Solomon Simmons | $2,029.68 | - | $0.00 |
| | | **Closing Balance** | $3,000,000.00 | $3,000,000.00 | $0.00 |
| | | **Client Total** | $3,000,000.00 | $3,000,000.00 | $0.00 |