UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

|  |  |  |
|---|---|---|
| WAYNE B. LYNCH, Administrator of the Estate of DONOVON W. LYNCH, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No.: 2:21-cv-00341 |
| v. | ) ) | |
| SOLOMON D. SIMMONS, III, *et al*., | ) ) | Judge: Arenda L. Wright Allen |
| Defendants. | ) ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and ECF No. 153, Plaintiff Wayne Lynch, Administrator of the Estate of Donovon Lynch, and Defendants City of Virginia Beach, Virginia, and Solomon D. Simmons, III, submit this Notice and jointly request entry of the attached Order of Dismissal with Prejudice.

This 12th day of October, 2023

                                                 **WAYNE B. LYNCH, ADMINISTRATOR OF THE ESTATE OF DONOVON W. LYNCH, DECEASED**

                                                 By: /s/ Joseph Sherman
                                                           Counsel

                                               Joseph V. Sherman (VSB No. 86099)
                                             JOSEPH V. SHERMAN, P.C.
                                             324 West Freemason Street
                                             Norfolk, Virginia 23510
                                             Telephone: (757) 350-8308
                                             Facsimile: (757) 351-4663
                                             E-mail: joe@jvslawyer.com

**SOLOMON D. SIMMONS, III**

By: /s/ Gary Bryant
        Counsel

Bethany J. Fogerty
Gary A. Bryant
Jason E. Ohana
Willcox & Savage PC
Wells Fargo Center
440 Monticello Ave, Suite 2200
Norfolk, VA 23510
gbryant@wilsav.com
johana@wilsav.com
bfogarty@wilsav.com

**CITY OF VIRGINIA BEACH**

By: /s/ Gerald Harris
        Counsel

Mark D. Stiles (VSB No. 30683)
City Attorney
Christopher S. Boynton (VSB No. 38501)
Deputy City Attorney
Gerald L. Harris (VSB No. 80446)
Senior City Attorney
Joseph M. Kurt (VSB No. 90854)
Associate City Attorney
Office of the City Attorney
Municipal Center, Building One, Room 260
2401 Courthouse Drive
Virginia Beach, Virginia 23456
(757) 385-4531 (Office)
(757) 385-5687 (Facsimile)
mstiles@vbgov.com
cboynton@vbgov.com
glharris@vbgov.com
jkurt@vbgov.com

## CERTIFICATE OF SERVICE

I certify that on October 12, 2023 , I electronically filed a true copy of the NOTICE OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which notifies all counsel of this filing including:

    Justin Fairfax, Esq.
    8106 Guinevere Drive
    Annandale, Virginia 22003

    Thomas Benson Martin, Esq.
    MARTIN LAW PLLC
    5028 Wisconsin Avenue NW, Suite 100
    Washington, DC 20016

    Bethany Jean Fogerty, Esq.
    Gary Alvin Bryant, Esq.
    Jason Eli Ohana, Esq.
    WILLCOX & SAVAGE PC
    440 Monticello Avenue, Suite 2200
    Norfolk, Virginia 23510

    Gerald Logan Harris, Esq.
    Christopher Scott Boynton, Esq.
    Joseph Martin Kurt, Esq.
    CITY OF VIRGINIA BEACH
    2401 Courthouse Drive
    Virginia Beach, Virginia 23456

                                /s/ Joseph V. Sherman
                                Joseph V. Sherman (VSB No. 86099)